**Entered on Docket
February 03, 2010**

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

_____

Electronically Filed on _____

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
HSBC Bank USA, National Association as Trustee for MANA 2007-A2
09-76083

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | BK-09-21461-bam |
|---|---|
| Brian Everett Fucile and Cecilia Argentina Fucile | Date: 1/19/2010<br>Time: 1:30 pm |
| Debtor(s). | Chapter 13 |

**ORDER VACATING AUTOMATIC STAY**

1
2   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the
3   above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to
4   Secured Creditor HSBC Bank USA, National Association as Trustee for MANA 2007-A2, its assignees
5   and/or successors in interest, of the subject property, generally described as 3900 Ortiz Ct. NE,
6   Albuquerque, NM 87110, and legally described as follows:
7
8   Unit 3900A, COLONIAL PARK, Albuquerque, New Mexico, as the same is shown and designated on the plat entitled "Colonial Park a condominium residential enterprise existing bUildings on a portion of Block #48, of Unit #4, of the Altamont Addition", filed in the Office of the County Clerk of Bernalillo County, New Mexico, on September 26, 1979, in Plat Book C1S, folio 119.
9
10
11  IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give
12  Debtors at least five business days' notice of the time, place and date of sale.
13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

DATED this _____ day of _____, 2010.

Submitted by:
**WILDE & ASSOCIATES**

By _____
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

_____
Philip K. Goldstein
609 S. 7th Street
Las Vegas, NV 89101
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
Kathleen A Leavitt
201 Las Vegas Blvd., So. #200
Las Vegas, NV  89101
Chapter 13 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_\_    The court waived the requirements of LR 9021.
\_\_\_\_\_    No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_\_    No parties appeared or filed written objections, and the trustee is the movant.
\_x\_    This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
\_\_\_\_\_    approved the form of this order            \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_    waived the right to review the order and/or  \_x\_ failed to respond to the document
\_\_\_\_\_    appeared at the hearing, waived the right to review the order
\_\_\_\_\_    matter unopposed, did not appear at the hearing, waived the right to review the order
Trustee:
\_\_\_\_\_    approved the form of this order            \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_    waived the right to review the order and/or  \_x\_ failed to respond to the document

\_\_\_\_\_    This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_\_    approved the form of this order            \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_    waived the right to review the order and/or  \_\_\_\_\_ failed to respond to the document
\_\_\_\_\_    appeared at the hearing, waived the right to review the order
\_\_\_\_\_    matter unopposed, did not appear at the hearing, waived the right to review the order
Trustee:
\_\_\_\_\_    approved the form of this order            \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_    waived the right to review the order and/or  \_\_\_\_\_ failed to respond to the document

\_\_\_\_\_    I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor